John J. Talton, Chapter 13 Trustee  Check No. 838250
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-60186 | 013-0 | MICHAEL BRYAN MAPPS<br>Original Check written to:<br>RUSK COUNTY<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201- | xxxxxxxxxxxxxxxxxxxx0000 | 0.00 | 536.52 | 214.80 | 751.32 |
| 06-60360 | 046-0 | BARNEY R. DIXON<br>Original Check written to:<br>VAN ZANDT CAD<br>2323 BRYAN ST #1600<br>DALLAS, TX 75201- | xxxxxxxxxxxxxxxxxxxx8518 | 0.00 | 924.08 | 341.88 | 1,265.96 |
| 06-60445 | 013-0 | GILBERT DOYLE CAMPBELL<br>Original Check written to:<br>LADCO LEASING<br>555 ST CHARLES DR #200<br>THOUSAND OAKS, CA 91360 | xxx5774 | 544.03 | 35.40 | 0.00 | 35.40 |
| 06-60511 | 011-0 | TERESA WASHINGTON<br>Original Check written to:<br>THE METRO BOOK<br>3007 KNIGHT ST, STE 200<br>SHREVEPORT, LA 71105- | xxxxxxxxxxxx154) | 2,294.15 | 128.06 | 0.00 | 128.06 |
| 08-90242 | 108-0 | WILLIAM H. MULLINS<br>Original Check written to:<br>U.S. DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA 30353-0260 | xx51-1 | 41,726.57 | 467.72 | 0.00 | 467.72 |